## CONRAD TEN EYCK *versus* AUGUSTUS B. WOODWARD

JOURNAL ENTRIES (1824): *Journal 3:* (1) Motion for bail, or procedendo, granted *p. 482; (2) motion for procedendo granted *p. 493.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1824–36 Calendar,* MS p. 8.

## HENRY DISBROW *versus* ROBERT GARRATT, LEVI COOK AND RICHARD SMYTH

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion to assign errors, or judgment, granted *p. 482. *Journal 4:* (2) Judgment reversed MS p. 23.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) writ of certiorari and return; (3) copy of indorsements on J. P. summons; (4) notice to produce execution before J. P.; (5) copy of notice of intention to apply for certiorari; (6) assignment of errors; (7) joinder in error; (8) receipt for costs.
*1824–36 Calendar,* MS p. 12. Recorded in *Book B,* MS pp. 496–501.